**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Abdullah Rasool SHAKOOR, a/k/a Lee**
**McDonald, Defendant–Appellant.**

No. 01–7532.

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 29, 2001.

Decided Dec. 10, 2001.

Abdullah Rasool Shakoor, pro se. Robert Edward Skiver, Assistant United States Attorney, John Howarth Bennett, Office of the United States Attorney, Raleigh, NC, for appellee.

Before WIDENER, NIEMEYER and WILLIAMS, Circuit Judges.

PER CURIAM.

Abdullah Rasool Shakoor seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Shakoor*, Nos. CR–97–64–BO; CA–00–144–7–BO (E.D.N.C. filed June 26, 2001; entered June 29, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*